1
2
3
4
5
6
7




FILED
JUN 14 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19MJ00128 BAM |
|---|---|
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER SEALING COMPLAINT |
| 1) SALVADOR CASTRO, JR. aka THE OLD MAN aka GANGSTER,<br>2) RAYMOND LOPEZ, aka NY,<br>3) JESSE JUAREZ aka STRESS aka MESS,<br>4) DANIEL JUAREZ,<br>5) MICHAEL ROCHA aka WHITEY,<br>6) ANGEL MONTES aka LISTO aka JAY,<br>7) RAFAEL LOPEZ aka HULK,<br>8) MANUEL BARRERA aka CHACHO,<br>9) MANUEL GARCIA aka MUGZY,<br>10) JOANN BERNAL,<br>11) RAMON AMADOR aka TWIST, and<br>12) RAUL LOPEZ, JR., | |
| Defendants. | |

The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation,

IT IS ORDERED that the complaint and arrested warrant filed in the above-entitled matter shall

///

///

Order Sealing Complaint and Arrest Warrant          1

be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: June 4, 2019

_____
HONORABLE BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE