VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SALVADOR CASTRO, JR., et al.,<br><br>　　　　　　　Defendants. | Case No.: 1:19-CR-00143 DAD-BAM<br><br>STIPULATION REGARDING MOTIONS BRIEFING SCHEDULE;ORDER |

IT IS HEREBY STIPULATED by and between all defense counsel--Marc Days, John Garland, Barbara O'Neill, Mark Broughton, David Torres, Virna L. Santos, Daniel Harralson, Anthony P. Capozzi, Marc W. Coleman, Carol Ann Moses, Dale Blickenstaff and Michael Berdinella—and Kimberly A. Sanchez and Justin J. Gilio, Assistant U.S. Attorneys that following will be parties' motions schedule:

　　　Defense motions due:　　**February 8, 2021**

　　　Government's briefs due:　**March 22, 2021**

　　　Defense replies due:　　**April 12, 2021**

　　　Hearing on motions:　　**April 26, 2021 at 1:30 PM**

STIPULATION REGADRING MOTIONS BRIEFING SCHEDULE;ORDER - 1

Further, the parties stipulate that, pursuant to the Speedy Trial Act, 18 USC §3161 (h)(1)(D) and (h)(7)(B)(i), (ii), time shall be excluded in the interest of justice up to April 26, 2021 to permit review of voluminous discovery, investigation, drafting and filing of motions. Finally, the parties stipulate and request that the status conference currently set for October 26, 2020 be vacated as it is unnecessary in light of the stipulated motions schedule.

Dated: August 24, 2020                     Respectfully Submitted,

                                            By  /s/ Marc Days
                                                /s/ John Garland
                                                /s/ Barbara O'Neill
                                                /s/ Mark Broughton
                                                /s/ David Torres
                                                /s/ Virna L. Santos
                                                /s/ Daniel Harralson
                                                /s/ Anthony P. Capozzi
                                                /s/ Marc W. Coleman
                                                /s/ Carol Ann Moses
                                                /s/ Dale Blickenstaff
                                                /s/ Michael Berdinella
                                                Attorneys for Defendants

Dated: August 24, 2020                     By  /s/ Kimberly A. Sanchez
                                                KIMBERLY A. SANCHEZ

                                                /s/ Justin J. Gilio
                                                JUSTIN J. GILIO
                                                Assistant U.S. Attorneys

STIPULATION REGADRING MOTIONS BRIEFING SCHEDULE;ORDER - 2

**ORDER**

Based on the parties' stipulation, the proposed motions schedule is adopted. Pursuant to Speedy Trial Act, 18 USC §3161(h)(1)(D) and (h)(7)(B)(i), (ii) time shall be excluded up to the hearing set for April 26, 2021 in the interest of justice. The status conference set for October 26, 2020 is hereby VACATED, but will be reset for February 8, 2021 at 12:30 p.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe in order to ensure that any issues impacting the scheduling of a trial date after the pretrial motions are heard and ruled upon can be addressed in advance.

IT IS SO ORDERED.

Dated:   **August 27, 2020**                              /s/ Dale A. Drozd
                                                        UNITED STATES DISTRICT JUDGE

STIPULATION REGADRING MOTIONS BRIEFING SCHEDULE;ORDER - 3