VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR CASTRO, JR., et al.,<br><br>Defendants. | Case No.: 1:19-CR-00143 DAD-BAM<br><br>STIPULATION REGADRING MODIFICATION OF MOTIONS BRIEFING SCHEDULE; ORDER |

On August 27, 2020, this court approved the parties' proposed defense motions filing schedule (Dkt. 171) that set February 8, 2021 as the filing date for defendants' motions. Upon further review in preparation for filing motions, defense counsel have identified additional discovery items and investigation necessary to complete their motions. Thus, IT IS HEREBY STIPULATED by and between all defense counsel-- John Garland, Barbara O'Neill, Mark Broughton, David Torres, Virna L. Santos, Daniel Harralson, Anthony P. Capozzi, Marc W. Coleman, Carol Ann Moses, Dale Blickenstaff and Michael Berdinella—and Kimberly A. Sanchez and Justin J. Gilio, Assistant U.S. Attorneys,  that the current motions schedule be MODIFIED as follows:

    Defense motions due:                    **June 14, 2021**

| | |
|---|---|
| Government's opposition due: | **July 26, 2021** |
| Defense replies due: | **August 9, 2021** |
| Hearing on motions: | **August 23, 2021** (time to be determined by the court) |

Further, the parties stipulate that, pursuant to the Speedy Trial Act, 18 USC §3161 (h)(1)(D) and (h)(7)(B)(i), (ii), time shall be excluded in the interest of justice up to August 24, 2021 to permit review of supplemental discovery, investigation, drafting and filing of motions.

Dated: January 14, 2021               Respectfully Submitted,

By  /s/ John Garland
/s/ Barbara O'Neill
/s/ Mark Broughton
/s/ David Torres
/s/ Virna L. Santos
/s/ Daniel Harralson
/s/ Anthony P. Capozzi
/s/ Marc W. Coleman
/s/ Carol Ann Moses
/s/ Dale Blickenstaff
/s/ Michael Berdinella
Attorneys for Defendants

Dated: January 14, 2021       By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ

/s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant U.S. Attorneys

**ORDER**

Based on the parties' stipulation, the proposed motions schedule is adopted and ordered. Pursuant to Speedy Trial Act, 18 USC §3161(h)(1)(D) and (h)(7)(B)(i), (ii).

Time shall be excluded up to the hearing set for August 23, 2021 at 10:00 a.m. in the interest of justice.

IT IS SO ORDERED.

Dated: __**January 14, 2021**__                    _Dale A. Drozd_
                                                                            UNITED STATES DISTRICT JUDGE