VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR CASTRO, JR., et al.,<br><br>Defendants. | Case No.: 1:19-CR-00143 DAD-BAM<br><br>STIPULATION REGARDING MODIFICATION OF MOTIONS BRIEFING SCHEDULE; AND ORDER |

On June 3, 2021, this court approved the parties' amended stipulation modifying defense motions' filing schedule (Dkt. ) that set September 9, 2021 as the filing date for defendants' motions. Defense counsel continue to receive discovery in this matter that bears on any potential motions, most recently on July 1, 2021. In addition, the parties continue to engage in meaningful plea negotiations. Accordingly, defense counsel jointly request that the current briefing schedule be modified to allow for continuing defense investigation and plea negotiations.

IT IS HEREBY STIPULATED by and between all defense counsel-- John Garland, Mark Broughton, David Torres, Virna L. Santos, Daniel Harralson, Anthony P. Capozzi, Marc W. Coleman, Carol Ann Moses, Monica Bermudez and Michael Berdinella—and Assistant U.S. Attorney Justin J. Gilio, that the current motions filing schedule be MODIFIED as follows:

STIPULATION REGARDING MODIFICATION OF MOTIONS BRIEFING SCHEDULE; AND ORDER - 1

| | |
|---|---|
| Defense motions due: | **March 14, 2022** |
| Government's opposition due: | **April 25, 2022** |
| Defense replies due: | **May 16, 2022** |
| Hearing on motions | **May 23, 2021 at 10:00 a.m.** |

**The parties also agree that trial shall be set for August 9, 2022 at 10:00 a.m.**

Further, the parties stipulate that, pursuant to the Speedy Trial Act, 18 USC §3161 (h)(1)(D) and (h)(7)(B)(i), (ii), time shall be excluded in the interest of justice up to **August 9, 2022**, to permit review of supplemental discovery, investigation, drafting and filing of motions and hearing on the motions, and preparation for trial.

Dated: September 8, 2021        Respectfully Submitted,

By   /s/ John Garland
     /s/ Mark Broughton
     /s/ David Torres
     /s/ Virna L. Santos
     /s/ Daniel Harralson
     /s/ Anthony P. Capozzi
     /s/ Marc W. Coleman
     /s/ Carol Ann Moses
     /s/ Monica Bermudez
     /s/ Michael Berdinella
     Attorneys for Defendants

Dated: September 8, 2021        By   /s/ Justin J. Gilio
                                     JUSTIN J. GILIO
                                     Assistant U.S. Attorney

STIPULATION REGARDING MODIFICATION OF MOTIONS BRIEFING SCHEDULE; AND ORDER - 2

# ORDER

Based on the parties' stipulation, the proposed motions schedule is adopted and ordered. The current motions filing schedule be MODIFIED as follows:

| | |
|---|---|
| Defense motions due: | **March 14, 2022** |
| Government's opposition due: | **April 25, 2022** |
| Defense replies due: | **May 16, 2022** |
| Hearing on motions | **May 23, 2022 at 10:00 a.m.** |

Pursuant to Speedy Trial Act, 18 USC §3161(h)(1)(D) and (h)(7)(B)(i), (ii). Further, trial confirmation is set for **July 25, 2022 at 9:00 a.m.**, and trial, estimated to last **three weeks**, is hereby set for **August 9, 2022 at 10:00 a.m. before District Judge Dale A. Drozd.** Time shall be excluded up to the date of trial set for **August 9, 2022** in the interest of justice.

Dated: **September 10, 2021**          /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING MODIFICATION OF MOTIONS BRIEFING SCHEDULE; AND ORDER - 3