PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00143-DAD-BAM |
| Plaintiff, | STIPULATION VACATING HEARING ON DEFENDANTS' MOTIONS TO SUPPRESS WIRETAP EVIDENCE;  ORDER |
| v. | |
| SALVADOR CASTRO JR. ET AL., | COURT: Hon. Dale A. Drozd |
| Defendants. | |

1. The undersigned parties hereby agree and stipulate to vacate the hearing on Defendants' motions to suppress evidence (Docs. 247, 289) set for July 12, 2022, before the Hon. Dale A. Drozd.

2. On June 14, 2022, this Court issued a minute order setting a hearing on two (Docs. 247, 289) pending defendants' motions to suppress evidence on July 12, 2022.  (Doc. 326).

3. On July 7, 2022, the United States and the undersigned Defendants—Raymond Jesse Marcos Lopez, Jesse Juarez, Daniel Juarez, Michael Rocha, Angel Montes, Rafael Lopez, Manuel Barrera, Joann Bernal, Ramon Amador, and Raul Lopez Jr.—reached agreements in principle that the parties believe will result in each defendant entering a guilty plea and resolving his/her case.

4. Pursuant to the agreements in principle referenced above, The United States has begun working on formal plea agreements, and the parties anticipate filing signed plea agreements

1

in the coming weeks and setting each undersigned defendant's case for a change of plea hearing.

5. Because the above referenced resolutions would result in the termination of all remaining defendants' cases, the undersigned parties hereby move to vacate the hearing on the pending motions to suppress evidence (Docs. 247, 289).

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 8, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JUSTIN J. GILIO<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated: July 8, 2022 | /s/ John Garland<br>John Garland<br>Counsel for Defendant<br>Raymond Jesse Marcos Lopez |
| Dated: July 8, 2022 | /s/ Barbara Hope O'Neill<br>Barbara Hope O'Neill<br>Counsel for Defendant<br>Jesse Juarez |
| Dated: July 8, 2022 | /s/ Mark Broughton<br>Mark Broughton<br>Counsel for Defendant<br>Daniel Juarez |
| Dated: July 8, 2022 | /s/ David Torres<br>David Torres<br>Counsel for Defendant<br>Michael Rocha |

| | |
|---|---|
| Dated: July 8, 2022 | /s/ Victor Chavez<br>Victor Chavez<br>Counsel for Defendant<br>Angel Montes |
| Dated: July 8, 2022 | /s/ Dan Harralson<br>Dan Harralson<br>Counsel for Defendant<br>Rafael Lopez |
| Dated: July 8, 2022 | /s/ Anthony Capozzi<br>Anthony Capozzi<br>Counsel for Defendant<br>Manuel Barrera |
| Dated: July 8, 2022 | /s/ Carol Moses<br>Carol Moses<br>Counsel for Defendant<br>JoAnne Bernal |
| Dated: July 8, 2022 | /s/ Monica Bermudez<br>Monica Bermudez<br>Counsel for Defendant<br>Ramon Amador |
| Dated: July 8, 2022 | /s/ Michael Berdinella<br>Michael Berdinella<br>Counsel for Defendant<br>Raul Lopez |

**ORDER**

Pursuant to the stipulation of the parties.

IT IS SO ORDERED.

Dated: **July 8, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

3