1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN J. GILIO
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7
8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,              CASE NO. 1:19-CR-00143-ADA-BAM
12                 Plaintiff,             STIPULATION SETTING CASES FOR CHANGE
                                          OF PLEA AND VACATING HEARINGS; ORDER
13        v.
                                          COURT: Hon. Ana de Alba
14 SALVADOR CASTRO JR. ET AL.,
15                 Defendants.
16
17     1. The undersigned parties hereby agree and stipulate to vacate the status conference before the

18        Hon. Barbara A. McAuliffe on November 9, 2022, and the trials set for February 28, 2023,

19        and May 9, 2023 (Raul Lopez and Rafael Lopez), as well as the trial confirmation hearings

20        set for February 13, 2023, and April 17, 2023 (Raul Lopez and Rafael Lopez), all before the

21        Hon. Ana de Alba.

22     2. The parties hereby agree and stipulate to set all remaining defendants in this case for change

23        of plea hearings before the Hon. Ana de Alba on November 29, 2022, at 8:30 a.m.

24 ///
25 ///
26 ///
27 ///
28 ///

3.  Speedy trial time has already been excluded as to all defendants through November 29, 2022 (and beyond), pursuant to prior stipulations and court orders.

IT IS SO STIPULATED.

Dated:  October 19, 2022                             PHILLIP A. TALBERT
                                                     United States Attorney

                                                     /s/ JUSTIN J. GILIO
                                                     JUSTIN J. GILIO
                                                     Assistant United States Attorney

Dated:  October 19, 2022                             /s/ John Garland
                                                     John Garland
                                                     Counsel for Defendant
                                                     Raymond Jesse Marcos Lopez

Dated:  October 19, 2022                             /s/ Barbara Hope O'Neill
                                                     Barbara Hope O'Neill
                                                     Counsel for Defendant
                                                     Jesse Juarez

Dated:  October 19, 2022                             /s/ Mark Broughton
                                                     Mark Broughton
                                                     Counsel for Defendant
                                                     Daniel Juarez

Dated:  October 19, 2022                             /s/ David Torres
                                                     David Torres
                                                     Counsel for Defendant
                                                     Michael Rocha

Dated:  October 19, 2022                             /s/ Victor Chavez
                                                     Victor Chavez
                                                     Counsel for Defendant
                                                     Angel Montes

Dated: October 19, 2022

/s/ Dan Harralson

Dan Harralson
Counsel for Defendant
Rafael Lopez

Dated: October 19, 2022

/s/ Anthony Capozzi

Anthony Capozzi
Counsel for Defendant
Manuel Barrera

Dated: October 19, 2022

/s/ Carol Moses

Carol Moses
Counsel for Defendant
JoAnne Bernal

Dated: October 19, 2022

/s/ Monica Bermudez

Monica Bermudez
Counsel for Defendant
Ramon Amador

Dated: October 19, 2022

/s/ Michael Berdinella

Michael Berdinella
Counsel for Defendant
Raul Lopez

**ORDER**

IT IS SO ORDERED.

Dated:   October 21, 2022

UNITED STATES DISTRICT JUDGE