JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721
Telephone:  (559) 497-6132

Attorney for Defendant,
RAYMOND JESSE MARCOS LOPEZ

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND JESSE MARCOS LOPEZ, <br><br> Defendant. | Case No. 1:19-CR-00143 ADA <br><br> **MOTION TO TERMINATE CJA APPOINTMENT OF JOHN F. GARLAND AS ATTORNEY OF RECORD AND ORDER** |

On June 14, 2019, defendant RAYMOND JESSE MARCOS LOPEZ was charged in a Complaint with federal charges. CJA Panel Attorney John F. Garland was appointed as trial counsel to represent Mr. Lopez on June 18, 2019 in his criminal case. Mr. Lopez was sentenced pursuant to a plea agreement on March 20, 2023. The time for filing a direct appeal expired on April 4, 2023. No notice of appeal was filed. Mr. Lopez was in custody at sentencing. The trial phase of Mr. Lopez's criminal case has therefore come to an end. Having completed his representation of Mr. Lopez, CJA attorney John F. Garland now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Lopez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite

330, Fresno, California 93721, or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:   September 5, 2023                                   Respectfully submitted,

                                    /s/ John F. Garland
                                     John F. Garland
                                   Attorney for Defendant
                           RAYMOND JESSE MARCOS LOPEZ

## ORDER

Having reviewed the Motion and found that attorney John F. Garland has completed the services for which he was appointed, the Court hereby grants attorney Garland's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, California 93721. The telephone number for the Federal Defender's Office is (559) 487-5561 (collect) or (855) 656-4360 (toll free). If appropriate, the Federal Defender's Office will arrange for the re-appointment of counsel to assist Defendant.

///

///

///

The Clerk of the Court is directed to serve a copy of this order on Defendant Raymond Jesse Marcos Lopez at the following address and to up-date the docket to reflect Defendant's pro se status and contact information.

> RAYMOND JESSE LOPEZ
> CDCR # AN4705
> Correctional Training Facility
> P.O. Box 689
> Soledad, CA 93960

IT IS SO ORDERED.

Dated: September 5, 2023

_____
UNITED STATES DISTRICT JUDGE